IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



SAMUEL E. MCCLENTON,

    Plaintiff,

vs.                                       CIVIL ACTION NO. 04-2889 B An

OFFICE EVOLUTIONS, INC.,
OFFICE FURNITURE, USA,
RJR/JPJ, L.L.C., and CHORDUS, INC.,

    Defendants.

## ORDER GRANTING MOTION OF DEFENDANTS CHORDUS, INC. AND OFFICE FURNITURE, USA FOR LEAVE TO FILE REPLY BRIEF

Presently before the Court is the Motion of Defendants Chordus, Inc. and Office Furniture, USA for Leave to File Reply Brief filed on May 11, 2005. The Defendants' Reply Brief filed contemporaneously with the Motion of Defendants for Leave to File Reply Brief is narrow in scope and is limited to the issues raised in Plaintiff's Response to the Motion to Dismiss, or in the Alternative, for Summary Judgment of Defendants Chordus, Inc. and Office Furniture, USA filed previously hereto.

Further, the issues addressed in Defendants' Reply Brief will assist the Court in ruling on the Motion to Dismiss, or in the Alternative, for Summary Judgment filed by Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion of

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05



Defendants Chordus, Inc. and Office Furniture, USA for Leave to File Reply Brief is hereby granted.

_____
Judge J. Daniel Breen
Date: 5/12/05

F:\CLIENTS\Office Furniture USA and Chordus, Inc. (16967)\McClenton, Samuel E. (38878)\Pleadings\reply brief.Ord.doc

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02889 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Kelly S. Gooch
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

William Bryan Penn
PENN & ASSOCIATES
P.O. Box 770925
Memphis, TN 38177--092

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kristy L. Gunn
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT