IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SAMUEL E. MCCLENTON,
    Plaintiff,

vs.

No. 04-2889-B An

OFFICE EVOLUTIONS, Inc.,
OFFICE FURNITURE USA,
RJR/JPJ, L.L.C., and
CHORDUS, Inc.,
    Defendants.

## AGREED ORDER TO EXTEND DISCOVERY DEADLINE

Before the Court is the Agreed Order to Extend Discovery Deadline. This Court finds and grants the following:

1. That discovery deadline shall be extended to December 23, 2005.

2. That the expert witness deposition deadline shall be extended to December 23, 2005.

3. That the dispositive motion deadline shall be extended to January 25, 2006.

IT IS SO ORDERED on this 29 day of November, 2005.

                              JUDGE

Approved by:

*[signature]*

William Bryan Penn
ATTORNEY FOR PLAINTIFF
Penn & Associates, P.C.
100 North Main Building, Suite 1930
Memphis, Tennessee 38103
(901) 569-2122

*[signature] WBP by permission via fax 11-22-05*

Kelly S. Gooch
Kelly S. Gooch, Esquire
ATTORNEY FOR DEFENDANT
Lewis Fisher Henderson Claxton & Mulroy, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
(901) 767-6160

*[signature] WBP by permission of Amy Ferguson, Esq. @ 2:50 pm 11-22-05*

Jonathon C. Hancock
Jonathon C. Hancock, Esquire
ATTORNEY FOR DEFENDANT
Glankler Brown, PLLC
One Commerce Square, Suite 1700
Memphis, Tennessee 38103
(901) 576-1758

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02889 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kelly S. Gooch
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

William Bryan Penn
PENN & ASSOCIATES
P.O. Box 770925
Memphis, TN 38177--092

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kristy L. Gunn
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT